■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SPIRLES, Appellant. [964 NYS2d 56]—Motion for writ of

error coram nobis and for other relief denied. Present—Centra, J.P., Peradotto, Carni and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WRIGHT, JR., Appellant. [964 NYS2d 56]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.